Sean Ferry (SBN 310347)
sferry@rasflaw.com
**ROBERTSON, ANSCHUTZ & SCHNEID**
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
Telephone: (561) 241-6901 Ext. 2036

Attorneys for Creditor
U.S. BANK N.A., AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2005-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA BARBARA DIVISION

In re

Jerome Saul Contreras,

    Debtor(s).

Case No. 9:17-bk-12153-DS

Chapter 13

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

**SUBJECT PROPERTY:**
801 Walker Ave.
Camarillo, CA 93010

**CONFIRMATION HEARING:**
DATE:    February 22, 2018
TIME:    10:00 AM
PLACE:    1415 State St.
    Santa Barbara, CA 93101
CTRM:    202
JUDGE:    Deborah J. Saltzman

    U.S. BANK N.A., AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2005-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES, by and through its authorized loan servicing agent, Ocwen Loan Servicing, LLC (collectively the "Creditor"), secured creditor of the above-entitled debtor, Jerome Saul Contreras ("Debtor"), hereby objects to confirmation of the Chapter 13 Plan filed by the Debtor in the above-referenced matter.  The basis of the objection is stated below: [1]

---

[1] This objection shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Robertson, Anschutz, & Schneid's

# I.  STATEMENT OF FACTS[2]

On or about December 10, 2004, Debtor executed a promissory note in the original principal sum of $546,125.00 (the "Note") which was made payable to WMC Mortgage Corp. ("Lender"). The Note was and remains secured by a recorded deed of trust (the "Deed of Trust") encumbering the real property located at 801 Walker Ave., Camarillo, CA 93010 (the "Subject Property"). Subsequently, Lender's beneficial interest under the Deed of Trust was transferred to Creditor.

On November 29, 2017, Debtor filed the instant Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Central District of California – Santa Barbara Division, and was assigned case number 17-12153.

On December 13, 2017, Debtor filed their Chapter 13 Plan ("Plan") which fails to provide for the treatment of Creditor's secured claim.

# II.  ARGUMENT

## A.  DEBTOR'S PLAN FAILS TO PROVIDE FOR THE TREATMENT OF CREDITOR'S SECURED CLAIM

The provisions of 11 U.S.C. §1325 set forth the requirements for the Court to confirm a chapter 13 plan. The burden is on the debtor to demonstrate that the plan meets the conditions essential for confirmation. Warren v. Fidelity & Casualty Co. of N.Y. (In re Warren), 89 B.R. 87, 93 (B.A.P. 9th Circuit 1988).

In the present case, Debtor's Plan fails to provide for the treatment of Creditor's secured claim. Although the treatment of all secured claims may not be expressly required under 11 U.S.C. § 1325(a)(5), the Debtor's failure to provide for the treatment of all secured claim could indicate that the Debtor either cannot afford the payments call for under the Plan because they have additional debtors, or that the Debtor wants to conceal the proposed treatment of a creditor.

---

participation in this proceeding. Moreover, the within party does not authorize Robertson, Anschutz, & Schneid, either expressly or impliedly through Robertson, Anschutz, & Schneid's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

[2] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the Court take judicial notice of the sworn bankruptcy schedules and other relevant documents filed in the instant case.

Based upon the foregoing, Creditor requests the Debtor to amend his Plan to provide for the treatment of Creditor's claim. In addition, Creditor requests the court to deny confirmation of Debtor's Plan.

**WHEREFORE**, Creditor respectfully requests:

1. That the Court deny confirmation of the Debtor's Plan;
2. For such other and further relief as this court deems just and proper

Respectfully submitted,

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L**.

Dated: 1/19/2018

/s/ *Sean Ferry* (SBN 310347)
SEAN FERRY
Attorneys for U.S. BANK N.A., AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2005-WMC1, MORTGAGE PASS-THROUGH CERTIFICATES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11622 El Camino Real, Suite 100
San Diego, CA 92130

A true and correct copy of the foregoing document entitled (*specify*): _____
OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/19/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Sevag S Simonian (Debtor's Counsel): sevag@simonianlawfirm.com
Elizabeth (ND) F Rojas (TR): cacb_ecf_nd@ch13wla.com
United States Trustee (ND): ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  01/19/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jerome Saul Contreras           Simonian & Simonian, PLC
652 Corte Sol                   144 North Glendale Avenue, Ste 228
Camarillo, CA 93010             Glendale, CA 91206

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/19/2018 | Sean C. Ferry | /s/ Sean C. Ferry |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**